## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ROBERT S. ARENTH,

        Debtor

_____

JPMORGAN CHASE BANK, N.A.,

        Movant

    v.

ROBERT S. ARENTH, and
Ronda J. Winnecour, Esq., Trustee,

        Respondent

Case #: 13-24768-GLT

Chapter 13

Related Claim: 2
Related doc: 102

## DECLARATION THAT PAYMENT IS SUFFICIENT

    The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant. The new monthly mortgage payment is **$1,703.08**, effective **MAY 1, 2017**.

    /s/ Paul M. Daniels
Paul M. Daniels, Esquire
PA: 25803
2403 Sidney Street
Suite 250B
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
paul@pauldanielslaw.com

Date: April 11, 2017