**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

      ROBERT S. ARENTH,

           Debtor

_____

JPMORGAN CHASE BANK, N.A.,

           Movant

         v.

ROBERT S. ARENTH, and
Ronda J. Winnecour, Esq., Trustee,

           Respondent

Case #: 13-24768-GLT

Chapter 13

Related Claim: 2
Related doc: 102, 104

**CERTIFICATE OF SERVICE
OF DECLARATION RE: NOTICE OF PAYMENT CHANGE**

        I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 11th day of April 2017, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #2), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Caryn Barron
Chase Records Center
700 Kansas Lane, Mail Code LA4-5555
Monroe, LA 71203

        /s/ Paul M. Daniels
Paul M. Daniels, Esquire
PA: 25803
2403 Sidney Street
Suite 250B
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
paul@pauldanielslaw.com

Date: April 11, 2017