IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: | ) |
| | ) |
| ROBERT S. ARENTH, | ) BANKRUPTCY CASE NO. 13-24768-GLT |
|         Debtor | ) |
| PEOPLES NATURAL GAS COMPANY, LLC, | ) DOCKET NO. |
| | ) CHAPTER 13 |
|         Movant, | ) |
|         vs. | ) |
| ROBERT S. ARENTH, and RONDA J. WINNECOUR, ESQUIRE, Trustee, | ) |
| | ) |
|         Respondents. | ) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
OF PEOPLES NATURAL GAS COMPANY'S MOTION TO REFUND CREDIT**

TO THE DEBTOR AND ALL RESPONDENTS:

You are hereby notified that the above Movant, Peoples Natural Gas Company, LLC, seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the attached Motion no later than  **October 15, 2018**, (Seventeen (17) calendar days after the date of this Notice), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this paper to your lawyer at once.  He or she will explain exactly what is happening, what this means to you and what your options are**.

If you file and serve your written response on time, a hearing will be held on **November 7, 2018** at **10:30 A.M.**  before The Honorable Gregory L. Taddonio in Court Room A, U.S. Bankruptcy Court, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk. **Remember an order granting the relief sought may be entered and the hearing may not be held if you do not timely file a written response.**

Date of service: September 27, 2018          Attorney for Movant

/s/S. James Wallace
PA. ID No. 28815
S. James Wallace, P. C.
845 North Lincoln Avenue
Pittsburgh, Pa. 15233-1828
412-652-9134
sjw@sjwpgh.com