FILED
10/24/18 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case #13-24768-GLT |
| ROBERT S. ARENTH, | Chapter 13 |
| Debtor | |
| ROBERT S. ARENTH, | Related to Docket No. 108 & 110 |
| Movant | |
| v. | |
| PEOPLES NATURAL GAS COMPANY, LLC, RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondent(s) | |

**CONSENT ORDER TO CONTINUE HEARING**

AND NOW, this 24th Day of October, 2018, upon consideration of the within Motion and upon consent of the parties, it is hereby ORDERED, ADJUDGED, and DECREED the Hearing on the Motion to Refund Credit (Doc. 108) is continued for seven days, and rescheduled to: November 15, 2018 at 10:30 AM in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

CONSENTED TO:

/s/ Christian M. Rieger
Christian M. Rieger, Esquire
Counsel for Debtor

/s/ James S. Wallace
James S. Wallace, Esquire
Counsel for Peoples Natural Gas, LLC

By November 6, 2018, the Parties shall submit a consent order under Certification of Counsel resolving the application. The certification of counsel needs to comply with W.PA.LBR. 9013-8, Judge Taddonio's Procedures, and filed using the CM/ECF Code: Bankruptcy/Misc/ Certification of Counsel -PAWB-26.

BY THE COURT:

_____
The Hon. Gregory L. Taddonio
United States Bankruptcy Court

drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 13-24768-GLT
Robert S Arenth                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin                  Page 1 of 1              Date Rcvd: Oct 24, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Robert S Arenth,    843 Hawk Valley Road,    Leechburg, PA 15656-9506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              Christian M Rieger    on behalf of Debtor Robert S Arenth criegerlaw@gmail.com,
               chris@pauldanielslaw.com
              James  Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joseph F. Rodkey, Jr.    on behalf of Creditor Thomas  Manos jrodkey@fowkesrodkey.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 9