FILED
11/6/18 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:    Case #13-24768-GLT

    ROBERT S. ARENTH ,    Chapter 13

    Debtor

PEOPLES NATURAL GAS COMPANY, LLC,

    Movant    Related doc: 108  & 114

    v.

ROBERT S. ARENTH, and
RONDA J. WINNECOUR, Chapter 13 Trustee,

    Respondent(s)

### CONSENT ORDER TO REFUND CREDIT

AND NOW, this __6th Day of October,__ 2018, upon consideration of the within Motion and upon consent of the parties, it is hereby ORDERED, ADJUDGED, and DECREED:

    1.    The sum of $978.66 of the post-petition credit on the residential account (xxxx3150) shall be applied to pay the post-petition delinquency on the Debtor's commercial account (xxxx4065) (as requested by the Debtor).

    2.    Peoples Natural Gas shall refund the remainder of the credit on the Debtor's residential gas account to the Chapter 13 Trustee within fifteen (15) days of the date of this Order.

CONSENTED TO:

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
Counsel for Debtor


  /s/ James S. Wallace
James S. Wallace, Esquire
Counsel for Peoples Natural Gas, LLC


  /s/ Jana Pail
Jana Pail, Esquire
Staff Attorney for Chapter 13 Trustee

                          BY THE COURT:

                          _____
                          The Hon. Gregory L. Taddonio
                          United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert S Arenth  
      Debtor

Case No. 13-24768-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Nov 07, 2018  
      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.  
db      +Robert S Arenth,   843 Hawk Valley Road,   Leechburg, PA 15656-9506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:  
      Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com  
      Christian M Rieger    on behalf of Debtor Robert S Arenth criegerlaw@gmail.com, chris@pauldanielslaw.com  
      James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
      Joseph F. Rodkey, Jr.    on behalf of Creditor Thomas  Manos jrodkey@fowkesrodkey.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
      TOTAL: 9