FILED
3/6/19 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Robert S. Arenth ) | Case No.: 13-24768 GLT |
| ) | |
| Debtor ) | Chapter 13 |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| Movant, ) | Related Document No.120 |
| Vs. ) | |
| Robert S. Arenth ) | |
| ) | |
| Respondent ) | |

### TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on February 8, 2019 (document no. 120) is hereby WITHDRAWN.  The hearing scheduled for March 13, 2019 is hereby CANCELLED.

Respectfully submitted,

3-6-2019                                           /s/ Ronda J. Winnecour
date                                                Ronda J. Winnecour (PA I.D. #30399)
                                                    Attorney and Chapter 13 Trustee
                                                    U.S. Steel Tower – Suite 3250
                                                    600 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

SO ORDERED
March 06, 2019

*[signature: Guy S. R.]*
drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-24768-GLT
Robert S Arenth                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Mar 06, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db             +Robert S Arenth,    843 Hawk Valley Road,    Leechburg, PA 15656-9506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              Christian M Rieger    on behalf of Debtor Robert S Arenth criegerlaw@gmail.com,
               chris@pauldanielslaw.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joseph F. Rodkey, Jr.    on behalf of Creditor Thomas  Manos jrodkey@fowkesrodkey.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 9