**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT S ARENTH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:13-24768<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/11/2013 and confirmed on 12/18/13. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 117,998.97 |
| Less Refunds to Debtor | 1,790.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 116,208.39 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,381.00 | |
|    Trustee Fee | 4,897.87 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,278.87 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9621 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 83,470.98 | 0.00 | 83,470.98 |
|     Acct: 9621 | | | | |
|   FLOOR PLANS INC* | 11,488.63 | 11,488.63 | 3,426.31 | 14,914.94 |
|     Acct: 2419 | | | | |
| | | | | 98,385.92 |
| **Priority** | | | | |
|   CHRISTIAN M RIEGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT S ARENTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT S ARENTH | 1,154.00 | 1,154.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT S ARENTH | 636.58 | 636.58 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL M DANIELS ESQ** | 3,381.00 | 3,381.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 |
|     Acct: 2419 | | | | |
|   PA DEPARTMENT OF REVENUE* | 648.60 | 648.60 | 0.00 | 648.60 |
|     Acct: 2419 | | | | |
|   EQUITABLE GAS CO(*) | 0.00 | 7,395.00 | 0.00 | 7,395.00 |
|     Acct: XXXXXXXXX6558 | | | | |
| | | | | 9,543.60 |
| **Unsecured** | | | | |
|   THOMAS MANOS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1716 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 506.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 2419 | | | | |
|   BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |

13-24768                                                                                                           Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 107,929.52 |

TOTAL
 CLAIMED         2,148.60
 PRIORITY       11,488.63
 SECURED          506.37

Date: 04/26/2019                                                  /s/ Ronda J. Winnecour

                                                                  RONDA J WINNECOUR PA ID #30399
                                                                  CHAPTER 13 TRUSTEE WD PA
                                                                  600 GRANT STREET
                                                                  SUITE 3250 US STEEL TWR
                                                                  PITTSBURGH, PA  15219
                                                                  (412) 471-5566
                                                                  cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT S ARENTH

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:13-24768

Chapter 13

Document No.:

## ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:

                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-24768-GLT
Robert S Arenth                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dbas                   Page 1 of 1          Date Rcvd: Apr 26, 2019
                               Form ID: pdf900              Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.
```
db           +Robert S Arenth,    843 Hawk Valley Road,    Leechburg, PA 15656-9506
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
13749683      Bernstein Law Firm,    Suite 2200 Gulf Tower,    Pittsburgh, PA  15219
13749684     +Chase Home Mortgage,    2210 Enterprise Drive,    Florence, SC 29501-1109
13749685     +Commercial Investment Associates,    Floor Plans Inc,    200 6th Street NW,
               Canton, OH 44702-1005
13749686     +Goehring Rutter & Boehm,    Frick Building 14th Floor,    437 Grant Street,
               Pittsburgh, PA 15219-6107
13749687     +HSBC Bank USA,    PO Box 5253,    Carol Stream, IL 60197-5253
13749690      JPMorgan Chase Bank,    Bankruptcy Processing,    3415 Vision Drive,    Columbus, OH  43219-6009
13791268     +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13749689     +Jeffrey D. Goldmann, Esq.,    4372 Old William Penn Highway,    Monroeville, PA 15146-1441
13749691     +Thomas Manos,    4733 Verona Road,    Verona, PA 15147-1849
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13749688     +E-mail/Text: cio.bncmail@irs.gov Apr 27 2019 02:24:18      Internal Revenue Service,
               Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
13757420      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2019 02:24:30
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMORGAN CHASE BANK, N.A.
cr            Thomas Manos
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          Christian M Rieger    on behalf of Debtor Robert S Arenth criegerlaw@gmail.com,
           chris@pauldanielslaw.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Joseph F. Rodkey, Jr.    on behalf of Creditor Thomas  Manos jrodkey@fowkesrodkey.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```