FILED
5/2/19 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert S. Arenth<br>                Debtor<br><br>JPMorgan Chase Bank N.A.<br>                Movant<br>  vs.<br><br>Robert S. Arenth<br>Ronda J. Winnecour, Trustee<br>                Respondents | NO. 13-24768-GLT<br><br>CHAPTER 13<br><br>Related to Document No. 132 |

### ORDER OF COURT

AND NOW, this  2nd  day of  May , 2018 it is ORDERED that the Motion filed herein is granted, and the deadline for Movant to file its Response to the Trustee's Notice of Final Cure Payment in this matter is hereby extended to May 13, 2019.

BY THE COURT,

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert S Arenth  
       Debtor

Case No. 13-24768-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                    Page 1 of 1                  Date Rcvd: May 02, 2019
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.
db             +Robert S Arenth,    843 Hawk Valley Road,    Leechburg, PA 15656-9506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
        Christian M Rieger    on behalf of Debtor Robert S Arenth criegerlaw@gmail.com, chris@pauldanielslaw.com
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        Joseph F. Rodkey, Jr.    on behalf of Creditor Thomas  Manos jrodkey@fowkesrodkey.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                              TOTAL: 9