| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert S Arenth** | Social Security number or ITIN  xxx−xx−2419 |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: **13−24768−GLT** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Robert S Arenth
  dba Shelby Auto Sales, dba Detail Perfect

<u>6/11/19</u>        **By the court:**    <u>Gregory L. Taddonio</u>
                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 13-24768-GLT
Robert S Arenth                                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin               Page 1 of 1           Date Rcvd: Jun 11, 2019
                              Form ID: 3180W           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.
```
db            +Robert S Arenth,    843 Hawk Valley Road,    Leechburg, PA 15656-9506
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
13749683       Bernstein Law Firm,    Suite 2200 Gulf Tower,    Pittsburgh, PA  15219
13749684      +Chase Home Mortgage,    2210 Enterprise Drive,    Florence, SC 29501-1109
13749685      +Commercial Investment Associates,    Floor Plans Inc,    200 6th Street NW,
                 Canton, OH 44702-1005
13749686      +Goehring Rutter & Boehm,    Frick Building 14th Floor,    437 Grant Street,
                 Pittsburgh, PA 15219-6107
13749690       JPMorgan Chase Bank,    Bankruptcy Processing,    3415 Vision Drive,    Columbus, OH  43219-6009
13791268      +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13749689      +Jeffrey D. Goldmann, Esq.,    4372 Old William Penn Highway,    Monroeville, PA 15146-1441
13749691      +Thomas Manos,    4733 Verona Road,    Verona, PA 15147-1849
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2019 02:21:35      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13749687      +EDI: HFC.COM Jun 12 2019 06:18:00      HSBC Bank USA,    PO Box 5253,
                 Carol Stream, IL 60197-5253
13749688      +EDI: IRS.COM Jun 12 2019 06:18:00      Internal Revenue Service,    Insolvency Unit,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13757420       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2019 02:21:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, N.A.
cr             Thomas Manos
                                                                                             TOTALS: 2, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              Christian M Rieger    on behalf of Debtor Robert S Arenth criegerlaw@gmail.com,
               chris@pauldanielslaw.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joseph F. Rodkey, Jr.    on behalf of Creditor Thomas  Manos jrodkey@fowkesrodkey.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```